

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00820-CV

Grant R. **MICHAEL**,
Appellant

v.

**WALTON SIGNAGE, LTD.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21334
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On December 18, 2019, appellee filed an opposed first motion for a fourteen-day extension of time to file appellee's brief. The motion is GRANTED. Appellee's brief is due no later than January 21, 2019. Further requests for extension of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court